UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH KELLY DINGLER,<br>　　　Plaintiff,<br>vs.<br><br>ROCKWALL COUNTY SHERIFF,<br>　　　Defendant. | )<br>)<br>)　　No. 3:19-CV-2635-B-BH<br>)<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion for Reconsideration, DE20 Order Accepting Findings and Conclusion* (doc. 22), and the *Motion to Set Aside Judgment Based on Facts of Law* (doc. 23), both filed February 18, 2021, are **DENIED**.

SIGNED this 13th day of April, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE